

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00153-CV

_____

JOE BUSBY, APPELLANT

V.

ALDERSON ENTERPRISES LTD, INC. AND DENNIS JOHNSON, APPELLEES

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2016-522,461; Honorable William C. Sowder, Presiding

July 18, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is an unopposed motion to dismiss filed by Appellant, Joe Busby. Without passing on the merits of the appeal, Busby's motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). As the motion does not indicate an agreement of the parties regarding the allocation of costs, all costs on appeal shall be taxed against Busby. *Id.* at 42.1(d). Having dismissed this appeal at

Busby's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam